IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WALEED MOHAMED ESAADI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. **3:25-CV-2486-L-BN** |
| | § | |
| **STARBUCKS CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

On March 5, 2026, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 9) was entered, recommending that the court deny Plaintiff's pro se Motion for Default Judgment (Doc. 8) and *sua sponte* extend his deadline to properly effect service of process on Defendant. No objections to the Report were filed, and the deadline for doing so has expired.

Having considered the Motion, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion for Default Judgment (Doc. 8) and *sua sponte* extends his deadline to properly effect service of process on Defendant to **May 29, 2026**. The court notes that, while Defendant filed an Affidavit of Service for Subpoena on March 9, 2026, the undersigned leaves to the magistrate judge the determination of whether this affidavit cures the deficiency previously identified. The court also warns Plaintiff that his failure to properly effect service on Defendant by May 29, 2026, may result in the dismissal without prejudice of this action and Plaintiff's claims against Defendant pursuant to Federal Rule of Civil Procedure 4(m). While Plaintiff is proceeding pro se, this does not insulate him or prevent the court from dismissing this action under Rule 4(m) for failure to properly effect service on the sole Defendant in this case.

**Order – Page 1**

**It is so ordered** this 30th day of April, 2026.

Sam A. Lindsay
United States District Judge